IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YIPING HU, et al, | Case Number: 4:06CV3221 |
| Plaintiffs, | |
| v. | REASSIGNMENT ORDER |
| GERARD HEINAUER, et al, | |
| Defendants. | |

The Clerk's office has been advised that the plaintiffs do not consent to proceed before a United States Magistrate Judge. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 4th day of October, 2006.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court