IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YIPING HU, ZANPING LIU, WENXUAN HU, | ) ) ) | 4:06CV3221 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **JUDGMENT** |
| GERARD HEINAUER, Director Citizenship and Immigration Services Nebraska Service Center; EMILIO T. GONZALES, Director, U.S. Citizenship and Immigration Services; ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the plaintiffs' notice of dismissal (filing 8), which was filed prior to service of an answer or motion for summary judgment by the defendants, and pursuant to Fed. R. Civ. P. 41(a)(1)(i),

IT IS ORDERED that this case is dismissed without prejudice.

October 24, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge